# JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVIE STEVENSON, | ) Case No. CV 16-3945 CJC(JC) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| PEOPLE OF THE STATE OF CALIFORNIA, | ) |
| Respondent. | ) |

Pursuant to this Court's Order Summarily Dismissing Petition and Denying a Certificate of Appealability, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is summarily dismissed.

IT IS SO ADJUDGED.

DATED: July 20, 2016

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE